IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 29 2012

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| MARK RICE d/b/a GAMES TO REMEMBER | ) ) ) |
| Plaintiff, | ) ) ) |
| | CIVIL ACTION |
| v. | FILE NO. 1 12-CV-3749 |
| FLIPO GROUP LTD | Entered as dismissed pursuant to Rule 41(a)(I)(i)(X), F.R.C.P. |
| | James N. Hatten, Clerk By: James Jarvis Deputy Clerk |
| Defendant | |

## NOTICE TO DISMISS WITH PREJUDICE

COME NOW, Plaintiff Mark Rice d/b/a Games To Remember files this notice of dismissal with prejudice as to Defendant, FLIPO GROUP LTD.

Date: November 27, 2012

_____
Mark Rice d/b/a Games To Remember
114 Rockingham Way #5786
Ellijay, Georgia 30540
770-844-5678